# Court of Appeals
# of the State of Georgia

ATLANTA,    May 28, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0356. IN THE INTEREST OF K. S. B., A CHILD (MOTHER).**

On December 20, 2013, the juvenile court terminated the mother's parental rights to her four minor children. The mother filed a motion for new trial, which the trial court denied on March 31, 2014. On May 1, 2014, the mother filed this application for discretionary appeal. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6- 35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, the mother filed her application 31 days after the juvenile court issued the order denying her motion for new trial. Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/28/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*